# MAGISTRATE JUDGE MINUTE ORDER

- DOCUMENTS UNDER SEAL: ☐
- TOTAL TIME (mins): 6 Mins
- DEPUTY CLERK: Ivy L. Garcia
- REPORTER/FTR: FTR: 5/22/08 10:03:56-10:09:37
- MAGISTRATE JUDGE: HON. WAYNE D. BRAZIL
- DATE: 5/22/08
- NEW CASE: ☐
- CASE NUMBER: 4-08-70291-WDB

## APPEARANCES

| Field | Value |
|---|---|
| DEFENDANT | ROBERTO VAZQUEZ-RAMOS |
| AGE | |
| CUST | Yes |
| P/NP | P |
| ATTORNEY FOR DEFENDANT | Jerome Matthews |
| PD. ☒ / RET. ☐ / APPT. ☐ | |
| U.S. ATTORNEY | Keslie Stewart |
| INTERPRETER | None |
| FIN. AFFT SUBMITTED | ☒ |
| COUNSEL APPT'D | ☒ |
| PROBATION OFFICER | None |
| PRETRIAL SERVICES OFFICER | Amy Berthelsen |
| DEF ELIGIBLE FOR APPT'D COUNSEL | ☒ |
| PARTIAL PAYMENT OF CJA FEES | ☐ |

## PROCEEDINGS SCHEDULED TO OCCUR

- ☐ INITIAL APPEAR
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☒ STATUS — 5 Mins HELD
- ☐ I.D. COUNSEL
- ☐ ARRAIGNMENT
- ☐ BOND HEARING
- ☐ INITIAL APPEAR REV PROB OR S/R
- ☐ OTHER
- ☒ TIMING OF DETENTION HRG WAIVED BY THE DEFT.
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☒ ATTY APPT HEARING — 1 Min HELD

## INITIAL APPEARANCE

- ☐ ADVISED OF RIGHTS
- ☐ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME

FILED MAY 22 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

## ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED SUBSTANCE
- ☐ WAIVER OF INDICTMENT FILED

## RELEASE

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY: $
- SPECIAL NOTES:
- ☐ PASSPORT SURRENDERED DATE:
- PROPERTY TO BE POSTED: ☐ CASH $
- CORPORATE SECURITY ☐
- REAL PROPERTY: ☐
- ☐ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☒ DETAINED
- ☐ RELEASED
- ☒ TIMING OF DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☒ REMANDED TO CUSTODY
- ORDER REMOVED TO THE DISTRICT OF:

## PLEA

- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- GUILTY TO COUNTS: ☐
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

## CONTINUANCE

- TO: 6/6/08
- AT: 10:00 a.m.
- BEFORE HON. WAYNE D. BRAZIL
- ☐ ATTY APPT HEARING
- ☐ BOND HEARING
- ☐ STATUS RE: CONSENT
- ☐ STATUS / TRIAL SET
- ☐ SUBMIT FINAN. AFFIDAVIT
- ☒ PRELIMINARY HEARING OR ARRAIGNMENT
- ☐ CHANGE OF PLEA
- ☐ OTHER
- ☐ DETENTION HEARING
- ☐ MOTIONS
- ☐ JUDGMENT & SENTENCING
- ☒ TIME WAIVED BY THE DEFT. RE: PRELIM. HRG.
- ☐ TIME EXCLUDABLE UNDER 18 § USC 3161
- ☐ IDENTITY / REMOVAL HEARING
- ☐ PRETRIAL CONFERENCE
- ☐ PROB/SUP REV. HEARING

## ADDITIONAL PROCEEDINGS

In light of the deft's ICE detainer, the deft. waived the timing of his Detention Hrg. The deft. was ordered detained. The deft. reserves his rights to have his Detention Hrg. -- if & when he believes it's on his best interest to put his Detention Hrg. back on calendar later. Request for discovery was made by the deft's atty. to the govt's atty.

cc: WDB's Stats, Pretrial Svcs.

DOCUMENT NUMBER: