AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING    E-filing

*FILED*

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

MAY 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── **OFFENSE CHARGED** ───

8 U.S.C. § 1326(a) - Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  2 years imprisonment; $250,000 fine; 1 years supervised release and $100 special assessment

─── **DEFENDANT - U.S** ───

▶ ROBERTO VASQUEZ-RAMOS (a.k.a. Raul Gonzalez)

DISTRICT COURT NUMBER

CR08-357 SBA

─────────────── **PROCEEDING** ───────────────

Name of Complainant Agency, or Person (& Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    KESLIE STEWART, AUSA

─────────── **DEFENDANT** ───────────

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
     If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal ☐ State

     If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?  ☒ Yes  ☐ No

If "Yes" give date filed    5/19/2008

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year   5/16/2008

☐ This report amends AO 257 previously submitted

─────────── **ADDITIONAL INFORMATION OR COMMENTS** ───────────

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Comments:

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: OAKLAND



FILED

MAY 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

---

UNITED STATES OF AMERICA,

V.

CR08-357    SBA

ROBERTO VASQUEZ-RAMOS (a.k.a.
Raul GONZALEZ),

DEFENDANT(S).

---

## INDICTMENT

8 U.S.C. § 1326(a) - Deported Alien Found in the United States

---

A true bill.

_____ Foreman

Filed in open court this _28_ day of
_MAY 2008_ .

_____ Clerk

Bail, $ _No process._     5/28/08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

MAY 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: CR08-357 SBA |
| Plaintiff, | ) | |
| v. | ) | VIOLATION: 8 U.S.C. § 1326(a) – Deported |
| | ) | Alien Found in the United States |
| ROBERTO VASQUEZ-RAMOS (a.k.a. Raul GONZALEZ) | ) | |
| | ) | |
| Defendant. | ) | OAKLAND VENUE |
| | ) | |

### INDICTMENT

The Grand Jury charges:

1. On or about January 12, 2007, the defendant, ROBERTO VASQUEZ-RAMOS (a.k.a. Raul GONZALEZ), was removed, excluded, and deported from the United States.

2. After January 12, 2007, the defendant, ROBERTO VASQUEZ-RAMOS (a.k.a. Raul GONZALEZ), knowingly and voluntarily reentered and remained in the United States.

3. On or about May 11, 2008, in the Northern District of California, the defendant, ROBERTO VASQUEZ-RAMOS (a.k.a. Raul GONZALEZ), an alien, was found in the United

INDICTMENT

States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

DATED:        May 28, 2008                    A TRUE BILL

                                              _____
                                              FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form:

    AUSA KESLIE STEWART

INDICTMENT                                    2