**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 6/10/08

CR 08-00357SBA                                JUDGE: **SAUNDRA BROWN ARMSTRONG**

**VAZQUEZ-RAMOS**                              Present (X) Not Present ( ) In Custody (X)
    **DEFENDANT(S)**

**GARTH HIRE**                                 **JEROME MATTHEWS**
U.S. ATTORNEY                                  ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                    **STARR WILSON**
                                                   Court Reporter

**INEZ SWANEY**
Interpreter                                    Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: STATUS - HELD**

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 6/24/07 ; PARTIES TO SUBMIT 11C1C AGREEMENT TO THE COURT AND THE COURT WILL REFER TO PROBATION FOR A PRE-PLEA REPORT**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to 6/24/07    for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____**
**Case Continued to_____ for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____ Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____ for Change of Plea @ 11:00 a.m.**
**cc:**