UNITED STATES DISRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NUMBER                                         CR-08-00357 SBA
DEFENDANT'S NAME                            ROBERTO VASQUEZ-RAMOS
DEFENDANT'S COUNSEL                              JEROME MATTHEWS
DUE DATE                                              7/15/08 @ 10:00 AM


---------------------------------NOTICE TO DEFENSE COUNSEL-------------------------------------

The Court has directed that a:

|  |  |
|---|---|
| __X__ | Pre-Plea Presentence Investigation |
| _____ | Presentence Investigation |
| _____ | Bail supervision |
| _____ | Postsentence Investigation |
| _____ | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office, Room 220S, 2nd Floor** before leaving the Courthouse today to make the necessary arrangements.


RICHARD W. WIEKING, CLERK

by: _Lisa R. Clark_
Lisa R. Clark, Deputy Clerk
Dated: 6/10/08

U.S. Probation Office~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is Defendant in custody ?  yes or no
Is Defendant English speaking? yes or no [*Interpreter:* _____ ]
Defendant's address: _____

_____

_____