UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 6/19/08

CR 08-00357SBA                              JUDGE: **SAUNDRA BROWN ARMSTRONG**

**VAZQUEZ-RAMOS**                            Present (X) Not Present ( ) In Custody (X)
    DEFENDANT(S)

**KESLIE STEWART**                            **JOYCE LEAVITT**
U.S. ATTORNEY                                 ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                   **STARR WILSON**
                                              Court Reporter

**INEZ SWANEY**
Interpreter                                   Probation Officer

### PROCEEDINGS

**REASON FOR HEARING:  STATUS - HELD**

**RESULT OF HEARING:**

    **JUDGMENT:**

### PROCEEDINGS

**Case Continued to** _____ **for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to** _____ **@ 9:00 a.m. for** _____ **Motions**
**Brief Sched. Motion papers by** _____ **Opposition by** _____ **Reply by** _____
**Case Continued to** _____ **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due** _____ **Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due** _____
**Case Continued to** _____ **for Trial(Court/Jury:** ___ **Days/weeks) at 8:30 a.m.**
**Case Continued to  7/15/08   for Judgment & Sentencing as to Count(s)** _____ **of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to  7/15/08   for Change of Plea @ 10:00 a.m.**
**cc:**