JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail:    Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERTO VASQUEZ-RAMOS,<br>   a/k/a Raul GONZALEZ,<br><br>    Defendant. | No. CR-08-0357 SBA<br><br>STIPULATION AND [PROPOSED]<br>ORDER SETTING DATE FOR CHANGE<br>OF PLEA AND SENTENCING |

    The parties have reached agreement on a disposition of this matter pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, and have tendered to the Court a proposed plea agreement. It therefore is STIPULATED AND AGREED that this matter be continued to July 15, 2008 for change of plea and sentencing. IT IS FURTHER AGREED that time under the Speedy Trial Act be tolled from the date of this order to July 15, 2008 under 18 U.S.C. § 3161(h)(1)(I) on the grounds that the Court is considering the proposed plea agreement.

*U.S. v. Adam Roberto Vazquez-Ramos*, CR-08-0357 SBA
PLEA AGREEMENT

SO STIPULATED.

Dated: July 3, 2008                              /s/
                                        KESLIE STEWART
                                        Assistant United States Attorney


Dated: July 3, 2008                              /s/
                                        JEROME MATTHEWS
                                        Attorney for Defendant

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that there is good cause to continue this matter to July 15, 2008 for change of plea and sentencing.

Based on these findings, IT IS HEREBY ORDERED that this matter is continued to July 15, 2008 at 10:00 a.m. for change of plea and sentencing, and that time under the Speedy Trial Act be tolled from the date of this order to July 15, 2008 under 18 U.S.C. § 3161(h)(1)(I) on the grounds that the Court has the proposed plea agreement under consideration.

IT IS SO ORDERED..


Dated:   July ____, 2008
                                        _____
                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge

*U.S. v. Adam Roberto Vazquez-Ramos*, CR-08-0357 SBA
PLEA AGREEMENT                      2