1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone:  (510) 637-3680
7     Facsimile:  (510) 637-3724
      E-Mail:     Keslie.Stewart@usdoj.gov
8

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          OAKLAND DIVISION
13

14 UNITED STATES OF AMERICA,        )   No.  CR-08-0357 SBA
                                    )
15     Plaintiff,                   )
                                    )
16     v.                           )   STIPULATION AND ORDER SETTING
                                    )   DATE FOR CHANGE OF PLEA AND
17 ROBERTO VASQUEZ-RAMOS,           )   SENTENCING
      a/k/a Raul GONZALEZ,          )
18                                  )
                                    )
19     Defendant.                   )
                                    )
20 _____)

21

22     The parties have reached agreement on a disposition of this matter pursuant to Rule

23 11(c)(1)(C) of the Federal Rules of Criminal Procedure, and have tendered to the Court a

24 proposed plea agreement.  It therefore is STIPULATED AND AGREED that this matter be

25 continued to July 15, 2008 for change of plea and sentencing.  IT IS FURTHER AGREED that

26 time under the Speedy Trial Act be tolled from the date of this order to July 15, 2008 under 18

27 U.S.C. § 3161(h)(1)(I) on the grounds that the Court is considering the proposed plea agreement.

28

*U.S. v. Adam Roberto Vazquez-Ramos*, CR-08-0357 SBA
PLEA AGREEMENT

SO STIPULATED.

Dated: July 3, 2008
            /s/
            KESLIE STEWART
            Assistant United States Attorney

Dated: July 3, 2008
            /s/
            JEROME MATTHEWS
            Attorney for Defendant

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that there is good cause to continue this matter to July 15, 2008 for change of plea and sentencing.

Based on these findings, IT IS HEREBY ORDERED that this matter is continued to July 15, 2008 at 10:00 a.m. for change of plea and sentencing, and that time under the Speedy Trial Act be tolled from the date of this order to July 15, 2008 under 18 U.S.C. § 3161(h)(1)(I) due to the consideration by the Court of the proposed plea agreement.

IT IS SO ORDERED.

Dated: July 3, 2008
            *Saundra B Armstrong*
            SAUNDRA BROWN ARMSTRONG
            United States District Judge