BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607
Telephone: (510) 637-3500

Counsel for Defendant ROBERTO VASQUEZ RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08 00357 SBA |
| ) | |
| Plaintiff, ) | **SENTENCING MEMORANDUM** |
| ) | |
| vs. ) | **Sentencing Date: July 15, 2008** |
| ) | **Time: 10:00 a.m.** |
| ROBERTO VASQUEZ RAMOS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On January 15, 2008, Roberto Vasquez Ramos will stand before the Court prepared to enter a plea to a single count of illegal re-entry by an alien following deportation. The parties have submitted a Rule 11(c)(1)(C) plea agreement that recommends a sentence within the applicable sentencing range. Mr. Vasquez Ramos agrees with the probation officer's calculations, and submits this brief memorandum to request that the Court sentence him to two months.[1]

---

[1] Because Mr. Vasquez Ramos has a minor criminal history and the parties are requesting the Court to impose a sentence within the applicable guidelines range, he does not feel it necessary to discuss the Supreme Court's recent pronouncements on the relationship between the guidelines and this Court's sentencing discretion.

SENT. MEMO.                                        1

1    Mr. Vasquez Ramos first appeared in federal court on May 19, 2008, and has remained in
2 custody since that time.  Since the day of his initial appearance, Mr. Vasquez Ramos has been
3 prepared to accept the consequences of his actions.  He has chosen not to contest the legality of
4 his prior deportation or otherwise interpose a defense to the present charge.

5    His criminal history is minor.  He has sustained tow misdemeanor convictions, one for
6 battery and the other for driving on a suspended license.  The most time he has served in custody
7 is five days in the county jail.

8    There is nothing egregious or unusual about Mr. Vasquez Ramos or this case that might
9 merit a sentence above the recommended sentence, which is within the applicable guidelines
10 range.

11    For the reasons stated, Roberto Vasquez Ramos respectfully requests that the Court
12 sentence him to two months.[2]

14 Dated: July 10, 2008

15                                        Respectfully submitted,

16                                        BARRY J. PORTMAN
                                         Federal Public Defender

17                                            /S/

18                                        JEROME E. MATTHEWS
19                                        Assistant Federal Public Defender

---

[2]    The parties' plea agreement specifies alternative sentences of two months from May 19, 2008, or time served, whichever is longer.  A two-month sentence with a start date of May 19, 2008, is the longer sentence.

SENT. MEMO.                                        2