**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

July 10, 2008

The Honorable Saundra Brown Armstrong
United States District Judge
1301 Clay Street
3rd Floor
Oakland, CA 94621

      Re: <u>United States v. Roberto Vasquez Ramos</u>
          CR 08 00357 SBA

Dear Judge Armstrong:

    Mr. Vasquez Ramos will appear for sentencing on July 15, 2008. I will be out of town on vacation on that date, and AFPD Ned Smock will be appearing for Mr. Vasquez Ramos in my absence. This letter confirms that I have met and discussed with Mr. Vasquez Ramos the nature of the charges, any possible defenses and the full panoply of rights to which he would be entitled, including jury trial and appeal. I am confident that Mr. Vasquez Ramos understands those rights, is willing to waive them, and fully understands the consequences of entering a guilty plea.

    I have signed the plea agreement and application to enter a guilty plea in conformity with the Court's practice, after having explained the terms of each to Mr. Vasquez Ramos through a Spanish-speaking interpreter. Mr. Vasquez Ramos expressed unequivocally his understanding of and agreement to their terms.

    Please feel free to contact me if you have any questions.

                              Sincerely,

                              BARRY J. PORTMAN
                              Federal Public Defender

                              JEROME MATTHEWS
                              Assistant Federal Public Defender

cc:    AUSA Keslie Stewart
       USPO Connie Cook