1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,                No. CR 08-00357 SBA
12              Plaintiff,                     **SEALING ORDER**
13        v.
14   VAZQUEZ-RAMOS,
15              Defendant.
16   _____/
17        The following documents in this action are placed under seal and shall not be opened
18   except by the United States Sentencing Commission for its eyes only and shall not be
19   transmitted or otherwise opened except by order of this court upon application.
20        ☒      Presentence Report
21        ☐      Plea Agreement
22        ☐      _____
23               (Other)
24   **IT IS SO ORDERED.**
25
26   Dated:  7/16/08                          _____
                                              SAUNDRA BROWN ARMSTRONG
27                                            UNITED STATES DISTRICT JUDGE
28

**United States District Court**
For the Northern District of California